Toni J. Jaramilla (SBN: 174625)
toni@tjjlaw.com
May Mallari (SBN: 207167)
may@tjjlaw.com
TONI J. JARAMILLA, A Professional Law Corporation
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone:  (310) 551-3020
Facsimile:   (310) 551-3019

Supreeta Sampath (SBN: 232190)
supreeta@sampathlaw.com
THE SAMPATH LAW FIRM
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064

Attorneys for Plaintiff
RHONDA TAYLOR

Laura Petroff (SBN: 123215)
lpetroff@winston.com
Katharine Liao (SBN: 255157)
kliao@winston.com
Jenna W. Logoluso (SBN: 266685)
jlogoluso@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant
LUNDBECK INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA TAYLOR,<br><br>           Plaintiff,<br>     vs.<br><br>LUNDBECK, INC.,<br><br>           Defendant. | Case No. 2:11-cv-00117 SJO (PLAx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

1   It is hereby ORDERED that the parties' Stipulation For Protective Order Re:
2   Disclosure And Exchange Of Confidential Information is granted in accordance with
3   the parties' Stipulation.
4
5   Dated:  December 6, 2011
                                              _____
                                              Honorable Paul L. Abrams
6                                             United States Magistrate Judge
                                              Central District of California